IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL DUANE MARLIN** | * | |
| Reg. # 08387-003 | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 2:06CV0004 SWW/BD |
| | * | |
| **EDWARD RAPER,** *et al.* | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (docket entry #2) is DISMISSED with prejudice, and the dismissal will count as a "strike" against plaintiffs under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 13th day of March 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE