# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL DUANE MARLIN** | * | |
| Reg. # 08387-003 | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 2:06CV0004 SWW/BD |
| | * | |
| **EDWARD RAPER,** *et al.* | * | |
| | * | |
| **Defendants** | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of March 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE